**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**THE CINCINNATI INSURANCE COMPANY**                                                            **PLAINTIFF**

**V.**                                                     **CASE NO. 5:26-CV-5066**

**3 COMMAS APARTMENTS, LLC;**
**THE RESERVE AT SPRINGDALE**
**APARTMENTS, LLC; NORRIS SERVICES**
**& CONSTRUCTION, INC.; AVILA CONSTRUCTION, LLC;**
**SANCHEZ DRYWALL, LLC; THUNDER FRAMING, LLC;**
**and FRALEY STONE COMPANY-SPRINGDALE**
**d/b/a BUILDERS STONE & SUPPLY**                                                               **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's Motion for Dismissal without Prejudice (Doc. 25).

Having reviewed the Motion, the Court finds it should be, and hereby is, **GRANTED**.

Accordingly, **IT IS ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE** under

Federal Rule of Civil Procedure 41(a)(2).

    **IT IS SO ORDERED** on this 1st day of May, 2026.


                  */s/ Timothy L. Brooks*
                  TIMOTHY L. BROOKS
                  CHIEF UNITED STATES DISTRICT JUDGE